UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
UNITED STATES OF AMERICA et al. )
ex rel CHARLES F. PARADISE, )
 )
        Plaintiffs, )  Civil Action No.
 )  13-11070-DJC
  -against- )
 )  **FILED IN CAMERA AND UNDER**
MASSACHUSETTS GENERAL HOSP., )  **SEAL PURSUANT TO**
et al., )  **31 U.S.C. § 3730**
 )
        Defendants. )
---------------------------------------------------x

PROPOSED ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court orders as follows:

IT IS ORDERED:

1. That, effective immediately, the Complaint and any amendments thereto be unsealed, and the current Complaint served upon the Defendant by the relator;

2. that this Order and the Government's Notice of Election to Decline Intervention, shall also be unsealed, and the Relator will serve these documents upon the Defendants only after service of the Complaint;

3. that the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. that the parties shall serve all pleadings, papers, and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause shown, at any time;

5. that the parties shall serve any and all notices of appeal upon the United States;

6. that all orders of this Court shall be sent to the United States;

7. that should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before

ruling or granting its approval; and that

    8.    a copy of this Order shall be sent to the United States.

IT IS SO ORDERED.
This 19th day of July, 2013.

_/s/ Denise J. Casper_
HON. DENISE J. CASPER
United States District Judge