UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CHARLES PARADISE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS GENERAL HOSPITAL, MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC., and MGH OPTIMUM CARE COMMITTEE, <br><br> Defendants. | Civil No. 1:13-cv-11070-DJC |

## DEFENDANTS' ASSENTED TO MOTION TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT TO DECEMBER 31, 2013

Defendants Massachusetts General Hospital, Massachusetts General Physicians Organization, Inc., and MGH Optimum Care Committee hereby move to extend the deadline for responding to the Complaint until December 31, 2013. The Relator, Charles Paradise, assents to this motion.

        MASSACHUSETTS GENERAL HOSPITAL,
        MASSACHUSETTS GENERAL HOSPITAL
        PHYSICIANS ORGANIZATION, INC., and
        MGH OPTIMUM CARE COMMITTEE,

        By their attorneys,

        /s/ Alan D. Rose
        Alan D. Rose (BBO #427280)
        Brian D. Lipkin (BBO #673850)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, Massachusetts  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        bdl@rose-law.net

Dated:  December 5, 2013

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On December 5, 2013, I conferred with John R. Getsinger regarding this motion.  As a result of our conference, Mr. Getsinger assented to this motion.

        /s/ Alan D. Rose

## CERTIFICATE OF SERVICE

On December 5, 2013, I e-filed this document through PACER.

        /s/ Alan D. Rose