UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. <br> CHARLES PARADISE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS GENERAL HOSPITAL, <br> MASSACHUSETTS GENERAL PHYSICIANS <br> ORGANIZATION, INC., and <br> MGH OPTIMUM CARE COMMITTEE, <br><br> Defendants. | Civil No. 1:13-cv-11070-DJC |

## NOTICE OF APPEARANCE OF BRIAN D. LIPKIN

Please enter the appearance of Brian D. Lipkin for Defendants Massachusetts General Hospital, Massachusetts General Physicians Organization, Inc., and MGH Optimum Care Committee.

                MASSACHUSETTS GENERAL HOSPITAL,
                MASSACHUSETTS GENERAL HOSPITAL
                PHYSICIANS ORGANIZATION, INC., and
                MGH OPTIMUM CARE COMMITTEE,

                By their attorneys,

                /s/ Brian D. Lipkin
                Alan D. Rose (BBO #427280)
                Brian D. Lipkin (BBO #673850)
                Rose, Chinitz & Rose
                One Beacon Street, 23rd Floor
                Boston, MA  02108
                (617) 536-0040
                Fax: (617) 536-4400
                adr@rose-law.net
                bdl@rose-law.net

Dated:  December 6, 2013

## **CERTIFICATE OF SERVICE**

  I certify that I served this document on December 6, 2013 by filing it through the ECF system.

             /s/ Brian D. Lipkin