UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. <br> CHARLES PARADISE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS GENERAL HOSPITAL, <br> MASSACHUSETTS GENERAL PHYSICIANS <br> ORGANIZATION, INC., and <br> MGH OPTIMUM CARE COMMITTEE, <br><br> Defendants. | Civil No. 1:13-cv-11070-DJC |

## NOTICE OF APPEARANCE OF ALAN D. ROSE

Please enter the appearance of Alan D. Rose for Defendants Massachusetts General Hospital, Massachusetts General Physicians Organization, Inc., and MGH Optimum Care Committee.

        MASSACHUSETTS GENERAL HOSPITAL,
        MASSACHUSETTS GENERAL HOSPITAL
        PHYSICIANS ORGANIZATION, INC., and
        MGH OPTIMUM CARE COMMITTEE,

        By their attorneys,

        /s/ Alan D. Rose
        Alan D. Rose (BBO #427280)
        Brian D. Lipkin (BBO #673850)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, MA  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        bdl@rose-law.net

Dated:  December 6, 2013

## **CERTIFICATE OF SERVICE**

  I certify that I served this document on December 6, 2013 by filing it through the ECF system.

                <u>/s/ Alan D. Rose</u>