# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> CHARLES F. PARADISE, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS GENERAL HOSPITAL, <br> MASSACHUSETTS GENERAL PHYSICIANS <br> ORGANIZATION INC., <br> MGH OPTIMUM CARE COMMITTEE, and, <br> OTHERS TO BE DISCOVERED, <br><br> Defendants. | C.A. No. 13-11070-DJC |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the Plaintiff, United States of America, in the above-captioned matter.

                                                  Respectfully submitted,

                                                  CARMEN M. ORTIZ
                                                  United States Attorney

By:   */s/ Jessica P. Driscoll*
       Jessica P. Driscoll
       Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3398

Dated: December 12, 2013       Email: Jessica.Driscoll@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: December 12, 2013         */s/ Jessica P. Driscoll*
                                                      Jessica P. Driscoll
                                                     Assistant United States Attorney