UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHARLES F. PARADISE,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS GENERAL HOSPITAL, MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION INC., MGH OPTIMUM CARE COMMITTEE, and, OTHERS TO BE DISCOVERED,<br><br>　　　　　　　　　Defendants. | C.A. No. 13-11070-DJC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Zachary A. Cunha withdraws his appearance as counsel for the United States of America in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CARMEN M. ORTIZ
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

Dated: December 13, 2013　　　By:　*/s/ Zachary A. Cunha*
　　　　　　　　　　　　　　　　　ZACHARY A. CUNHA
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　John Joseph Moakley Courthouse
　　　　　　　　　　　　　　　　　One Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　　　　　　Tel:  (617) 748-3387
　　　　　　　　　　　　　　　　　zachary.cunha@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I, Zachary A. Cunha, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: December 13, 2013       By:   */s/ Zachary A. Cunha*
                                                    ZACHARY A. CUNHA
                                                    Assistant United States Attorney