UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>CHARLES PARADISE,<br><br>   Plaintiff,<br><br>v.<br><br>MASSACHUSETTS GENERAL HOSPITAL,<br>MASSACHUSETTS GENERAL PHYSICIANS<br>ORGANIZATION, INC., and<br>MGH OPTIMUM CARE COMMITTEE,<br><br>   Defendants. | Civil No. 1:13-cv-11070-DJC |

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND
DEADLINE FOR RESPONDING TO COMPLAINT TO JANUARY 31, 2014**

Defendants Massachusetts General Hospital, Massachusetts General Physicians Organization, Inc., and MGH Optimum Care Committee hereby move to extend the deadline for responding to the Complaint until January 31, 2014. The Relator, Charles Paradise, assents to this motion.

        MASSACHUSETTS GENERAL HOSPITAL,
        MASSACHUSETTS GENERAL HOSPITAL
        PHYSICIANS ORGANIZATION, INC., and
        MGH OPTIMUM CARE COMMITTEE,

        By their attorneys,

        /s/ Alan D. Rose
        Alan D. Rose (BBO #427280)
        Brian D. Lipkin (BBO #673850)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, Massachusetts  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        bdl@rose-law.net

Dated:  December 24, 2013

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On December 23, 2013, I conferred with John R. Getsinger regarding this motion.  As a result of our conference, Mr. Getsinger assented to this motion.

        /s/ Brian D. Lipkin

## CERTIFICATE OF SERVICE

On December 24, 2013, I e-filed this document through PACER.

        /s/ Brian D. Lipkin