UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>CHARLES PARADISE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS GENERAL HOSPITAL,<br>MASSACHUSETTS GENERAL PHYSICIANS<br>ORGANIZATION, INC., and<br>MGH OPTIMUM CARE COMMITTEE,<br><br>    Defendants. | Civil No. 1:13-cv-11070-DJC |

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND
DEADLINE FOR RESPONDING TO COMPLAINT TO FEBRUARY 28, 2014**

    Defendants Massachusetts General Hospital, Massachusetts General Physicians Organization, Inc., and MGH Optimum Care Committee hereby move to extend the deadline for responding to the Complaint until February 28, 2014.  As grounds, the parties represent to the Court that counsel for the parties met on January 23, 2014, to discuss the possibility of a resolution of this matter.  The parties agreed to review certain documents and to meet again.  The second meeting has not occurred yet.  Neither party will be prejudiced by allowance of this motion. The Relator, Charles Paradise, assents to this motion.

*[Signature block on following page]*

        MASSACHUSETTS GENERAL HOSPITAL,
        MASSACHUSETTS GENERAL HOSPITAL
        PHYSICIANS ORGANIZATION, INC., and
        MGH OPTIMUM CARE COMMITTEE,

        By their attorneys,

        /s/ Alan D. Rose
        Alan D. Rose (BBO #427280)
        Brian D. Lipkin (BBO #673850)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, Massachusetts  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        bdl@rose-law.net

Dated:  January 30, 2014

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On January 30, 2014, I conferred with John R. Getsinger regarding this motion.  As a result of our conference, Mr. Getsinger assented to this motion.

        /s/ Alan D. Rose

## CERTIFICATE OF SERVICE

On January 30, 2014, I e-filed this document through PACER.

        /s/ Alan D. Rose