UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. <br> CHARLES PARADISE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS GENERAL HOSPITAL, <br> MASSACHUSETTS GENERAL PHYSICIANS <br> ORGANIZATION, INC., and <br> MGH OPTIMUM CARE COMMITTEE, <br><br> Defendants. | Civil No. 1:13-cv-11070-DJC |

### DEFENDANTS' MOTION TO DISMISS

This is a qui tam action under the False Claims Act, 31 U.S.C. § 3729. The case involves Massachusetts General Hospital's treatment of a 91-year-old pneumonia patient, Ruth Paradise, in April 2007. Her son, Charles Paradise, alleges the Hospital did not provide proper treatment or follow proper procedures in connection with his mother's end-of-life care. He has filed suit against the Hospital, the Massachusetts General Hospital Physicians Organization, and the MGH Optimum Care Committee.[1]

Under Fed. R. Civ. P. 9(b) and 12(b)(6), the defendants move to dismiss because the Complaint fails to allege with particularity that they submitted any false claim to the Government. Alternatively, the defendants move to dismiss because Mr. Paradise cannot enforce an alleged violation of the Patient Self-Determination Act by pursuing a claim under the False Claims Act.

---

[1] The Committee is misnamed as a defendant because it is not incorporated as a legal entity. (See Compl. ¶ 10.)

**REQUEST FOR ORAL ARGUMENT**

The defendants request oral argument on this motion.

        MASSACHUSETTS GENERAL HOSPITAL, MASSACHUSETTS GENERAL HOSPITAL PHYSICIANS ORGANIZATION, INC., and MGH OPTIMUM CARE COMMITTEE,

        By their attorneys,

        /s/ Alan D. Rose
        Alan D. Rose (BBO #427280)
        Brian D. Lipkin (BBO #673850)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, Massachusetts  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        bdl@rose-law.net

Dated:  February 28, 2014

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

On February 24, 2014, I conferred with John R. Getsinger regarding this motion.

        /s/ Alan D. Rose

**CERTIFICATE OF SERVICE**

On February 28, 2014, I e-filed this motion and memorandum through the ECF system.

        /s/ Brian D. Lipkin