UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. CHARLES F. PARADISE<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS GENERAL HOSPITAL,<br>MASSACHUSETTS GENERAL<br>PHYSICIANS ORGANIZATION, INC., and<br>MGH OPTIMUM CARE COMMITTEE,<br><br>Defendants | Civil No. 1:13-cv-11070-DJC |

PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DEADLINE
FOR FILING OPPOSITION TO MOTION TO DISMISS TO MARCH 28, 2014

Plaintiff hereby moves to extend the deadline for filing its opposition to the Defendants' Motion to Dismiss until March 28, 2014. The Defendants, Massachusetts General Hospital, Massachusetts General Physicians Organization, Inc., and MGH Optimum Care Committee, assent to this motion.

| | |
|---|---|
| Dated: March 11, 2014 | CHARLES F. PARADISE |
| | By his attorney, |
| | /s/ John R. Getsinger |
| | John R. Getsinger (BBO #190360) |
| | 19 Davis Rd Apt B-3 |
| | Acton, MA 01720-4721 |
| | 781-775-5223 |
| | jrgetsin@gmail.com |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On March 10, 2014, I conferred with Alan D. Rose regarding this motion. As a result of our conference, Mr. Rose assented to this motion.

/s/ John R. Getsinger

CERTIFICATE OF SERVICE

On March 11, 2014, I e-filed this document through CM/ECS.

/s/ John R. Getsinger