UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. CHARLES F. PARADISE )<br>                                         )<br>    Plaintiff,                          )<br>                                         )<br>v.                                       )<br>                                         )<br>MASSACHUSETTS GENERAL HOSPITAL, )<br>MASSACHUSETTS GENERAL            )<br>PHYSICIANS ORGANIZATION, INC., and )<br>MGH OPTIMUM CARE COMMITTEE,    )<br>                                         )<br>    Defendants                        )  | Civil No. 1:13-cv-11070-DJC |

**PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff opposes Defendants' Motion to Dismiss.

Since the filing of the defendants' motion, plaintiff has filed an amended complaint as of right pursuant to Fed. R. Civ. P 15(a)(1). The filing of the amended complaint supersedes the original complaint and renders it moot. *Washer v. Bullitt County,* 110 US 558 (1884).

There is no just cause for treating the pending motion as one to dismiss the amended complaint, and judicial economy would not be served thereby.

Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss as moot.

Dated: March 28, 2014				CHARLES F. PARADISE

						By his attorney,


						/s/ John R. Getsinger
						John R. Getsinger (BBO #190360)
						19 Davis Rd Apt B-3
						Acton, MA 01720-4721
						781-775-5223
						jrgetsin@gmail.com


CERTIFICATE OF SERVICE

On March 28, 2014, I e-filed this document through CM/ECS.

						/s/ John R. Getsinger