UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CHARLES PARADISE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS GENERAL HOSPITAL, MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC., and MGH OPTIMUM CARE COMMITTEE, <br><br> Defendants. | Civil No. 1:13-cv-11070-DJC |

## DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

This is a qui tam action under the False Claims Act, 31 U.S.C. § 3729. The case involves Massachusetts General Hospital's treatment of a 91-year-old pneumonia patient, Ruth Paradise, in April 2007. Her son, Charles Paradise, has filed suit against the Hospital, the Massachusetts General Hospital Physicians Organization, and the MGH Optimum Care Committee.[1] Mr. Paradise asserts that the defendants billed the Government for "worthless" care which they provided to his mother and other patients.[2] In addition to his claim under the False Claims Act, Mr. Paradise alleges fraud and unjust enrichment.

Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6), the defendants move to dismiss. First, the Court lacks subject matter jurisdiction over the First Amended Complaint, because

---

[1] The Committee is misnamed as a defendant because it is not incorporated as a legal entity. (See First Am. Compl. ¶ 14.)

[2] At various points, Mr. Paradise hurls epithets at the defendants to describe their care of elderly patients over two decades. (See, e.g., First Am. Compl. ¶¶ 1, 15, 17, 60, 81, 83, 87, 94.) Mr. Paradise does not purport to have any knowledge or basis for these spurious and irrelevant allegations, and the Court should ignore them.

Mr. Paradise violated the filing and sealing requirements of the False Claims Act as to the new allegations. Second, the First Amended Complaint fails to allege with particularity that the defendants submitted any false claim to the Government. Third, Mr. Paradise cannot enforce an alleged violation of the Patient Self-Determination Act by pursuing a claim under the False Claims Act. Fourth, Mr. Paradise lacks standing to pursue fraud and unjust enrichment claims on behalf of the Government.

    MASSACHUSETTS GENERAL HOSPITAL,
MASSACHUSETTS GENERAL HOSPITAL
PHYSICIANS ORGANIZATION, INC., and
MGH OPTIMUM CARE COMMITTEE,

By their attorneys,

/s/ Alan D. Rose
Alan D. Rose (BBO #427280)
Brian D. Lipkin (BBO #673850)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, Massachusetts  02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
bdl@rose-law.net

Dated:  April 18, 2014

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On April 18, 2014, I conferred with John R. Getsinger regarding this motion.

/s/ Alan D. Rose

## CERTIFICATE OF SERVICE

On April 18, 2014, I e-filed this motion and memorandum through the ECF system.

/s/ Brian D. Lipkin