23 August 2014

The Honorable Denise J. Casper
U. S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE:   United States District Court case 1:13-cv-11070-DJC
      The United States of America vs. Massachusetts General Hospital

Dear Judge Casper:

I wish to advise the court that I have asked my attorney, J.R. Getsinger, to file a motion for a four-month extension in this case. This would move our next hearing date to early January. The reason for this extension is to give me time to obtain expert opinions regarding whether more details should be included at this stage, as the defense continues to use the lack of details in the case as currently submitted as their basis for requesting a dismissal.

Respectfully,

*Charles F paradise*
Charles F. Paradise
Relater, United States District Court case 1:13-cv-11070-DJC

65 Adin Dr.
Concord, MA
Cell: (978) 505-5905
Email: charles.paradise@gmail.com