UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. CHARLES F. PARADISE )<br>)<br>　Plaintiff, )<br>) <br>v. )<br>)<br>MASSACHUSETTS GENERAL HOSPITAL, )<br>MASSACHUSETTS GENERAL )<br>PHYSICIANS ORGANIZATION, INC., and )<br>MGH OPTIMUM CARE COMMITTEE, )<br>)<br>　Defendants ) | Civil No. 1:13-cv-11070-DJC |

## PLAINTIFF'S MOTION TO CONTINUE

　　Plaintiff respectfully moves the Court to reset the hearing on defendants' motion to dismiss now set for Wednesday, September 3, 2014 to a date in January.

　　The requested continuance will aid the plaintiff in gaining an understanding of whether more details should be included in the complaint at this stage by means of "expert" opinions from additional counsel. (Docket #29.) The plaintiff has asked counsel to represent to the Court that, "client desires to research additional outside expert counsel."

　　The plaintiff has not previously moved to continue.

　　Defendants will not be prejudiced from the requested continuance because the case is at an early stage and no discovery has been undertaken.

Dated:  September 2, 2014                             CHARLES F. PARADISE

                                                                                                    By his attorney,

/John R. Getsinger/
John R. Getsinger (BBO #190360)
19 Davis Rd Apt B-3
Acton, MA 01720-4721
781-775-5223
jrgetsin@gmail.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On September 2, 2014, I conferred with Alan D. Rose regarding this motion. As a result of our conference, Mr. Rose opposed this motion.

/JRG/

## CERTIFICATE OF SERVICE

On September 2, 2014, I e-filed this document through CM/ECS.

/JRG/