UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. CHARLES F. PARADISE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS GENERAL HOSPITAL, )<br>MASSACHUSETTS GENERAL )<br>PHYSICIANS ORGANIZATION, INC., and )<br>MGH OPTIMUM CARE COMMITTEE, )<br>)<br>Defendants ) | Civil No. 1:13-cv-11070-DJC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR CHARLES F. PARADISE

The undersigned counsel, John R. Getsinger, hereby seeks leave to withdraw his appearance. In support of this Motion, counsel states:

Since May 8, 2014 counsel has repeatedly but unsuccessfully attempted to contact his client to discuss matters relevant to the client's representation and to obtain the client's assistance in appropriate preparation by counsel for the hearing on defendant's motion to dismiss set for September 3, 2014 in this matter. Counsel has made repeated telephonic and e-mail attempts to contact his client, including numerous voicemail messages.

On Tuesday morning, August 26th, the Court docketed and notified counsel of a letter from the client to the judge regarding his desire for a four-month continuance of the hearing on the motion to dismiss. The letter was a total surprise to counsel.

On Wednesday, August 27th, counsel sent the client a letter by both e-mail and U.S. mail, informing his client that would no longer be able to represent him unless the client promptly contacted him for a face-to-face meeting.

At 4:15 PM on Friday, August 29th the client replied with an e-mailed letter refusing to meet and refusing to cooperate with counsel.

The client has failed substantially to fulfill his obligations to the lawyer regarding counsel's services and has been given reasonable warning that counsel will seek to withdraw unless the obligations are fulfilled. Specifically, the client has failed and expressly refused to communicate or cooperate with counsel.

Defendants will not be prejudiced by withdrawal of counsel because the case is at an early stage, no discovery has been undertaken, and all parties would benefit, including the Court.

THEREFORE, the undersigned counsel requests that the Court issue an order permitting counsel to withdraw his appearance.

Dated:  September 2, 2014                           Respectfully submitted,


                                                    /John R. Getsinger/
                                                    John R. Getsinger (BBO #190360)
                                                    19 Davis Rd Apt B-3
                                                    Acton, MA 01720-4721
                                                    781-775-5223
                                                    jrgetsin@gmail.com

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On September 2, 2014, I conferred with Alan D. Rose regarding this motion. As a result of our conference, Mr. Rose opposed this motion.

/JRG/

CERTIFICATE OF SERVICE

On September 2, 2014, I e-filed this document through CM/ECS.

/JRG/