UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. CHARLES F. PARADISE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS GENERAL HOSPITAL,<br>MASSACHUSETTS GENERAL<br>PHYSICIANS ORGANIZATION, INC., and<br>MGH OPTIMUM CARE COMMITTEE,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:13-cv-11070-DJC |

### MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM
### TO PROTECT THE INTEREST OF THE UNITED STATES

    The undersigned counsel, John R. Getsinger, hereby requests the appointment of a guardian ad litem to protect the interest of the United States in the action. In support of this Motion, counsel states:

    This is a qui tam case. The government has declined to intervene. As a result, the Relator has become the assignee of the interest of the United States. Accordingly, he has the obligation to prosecute a Medicare fraud case in the public interest.

    By accompanying motion, the Relator has moved the Court for four months to seek additional "expert" counsel as described in his letter to the judge. (Docket #29.)

    However, since the anniversary of the death of his mother last May, and without good cause, the Relator has failed and refused to communicate or cooperate with the undersigned counsel. By accompanying motion, counsel is seeking leave to withdraw his appearance for the Relator.

    This is a case the Relator lacks the competence to manage. As he indicated in his letter to the judge, he does not have a sufficient understanding of the legal issues. He

cannot go it alone, because he lacks the requisite skill set. Yet he refuses to communicate and cooperate with counsel.

As a result of government nonintervention and the Relator's limitations, this Court is in fact the court of last resort. If the action is left to the Relator acting virtually pro se, he will fail, not for lack of good intentions, but for lack of ability. The Court should appoint a GAL to protect the interest of the United States.

Defendants will not be prejudiced from the appointment of a GAL because the efficiency of the legal process will be enhanced thereby for all parties as well as for the Court.

THEREFORE, the undersigned counsel requests that the Court appoint a guardian ad litem to protect the interest of the United States in the action.

Dated: September 2, 2014                                Respectfully submitted,

/John R. Getsinger/
John R. Getsinger (BBO #190360)
19 Davis Rd Apt B-3
Acton, MA 01720-4721
781-775-5223
jrgetsin@gmail.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On September 2, 2014, I conferred with Alan D. Rose regarding this motion. As a result of our conference, Mr. Rose opposed this motion.

/JRG/

## CERTIFICATE OF SERVICE

On September 2, 2014, I e-filed this document through CM/ECS.

/JRG/