UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CHARLES PARADISE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS GENERAL HOSPITAL, MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC., and MGH OPTIMUM CARE COMMITTEE, <br><br> Defendants. | Civil No. 1:13-cv-11070-DJC |

**DEFENDANTS' MEMORANDUM IN RESPONSE TO
MOTIONS FILED BY CHARLES PARADISE**

This is a qui tam action under the False Claims Act, 31 U.S.C. § 3729. The defendants filed a motion to dismiss, which is scheduled for hearing tomorrow, on September 3, 2014. Charles Paradise and his attorney, John Getsinger, have just filed three motions:

(1)     Plaintiff's Motion to Continue (Docket No. 31);

(2)     Motion for Leave to Withdraw as Counsel for Charles F. Paradise (Docket No. 32); and

(3)     Motion for Appointment of Guardian Ad Litem to Protect the Interests of the United States (Docket No. 33).

This memorandum is to provide the defendants' response to each motion.

First, the defendants oppose Mr. Paradise's motion to continue the hearing. Mr. Paradise claims he needs four months to secure expert opinions, but those opinions would have no bearing on the defendants' motion to dismiss, which challenges the legal sufficiency of the Amended Complaint. Also, because Mr. Paradise did not file expert opinions under seal, the Court would

lack subject matter jurisdiction over a complaint that were based on them. For a complete summary of the reasons for the defendants' opposition, please see Docket No. 30.

Second, the defendants submit that the Court should defer any ruling, until after the hearing on September 3, 2014, on Mr. Getsinger's motion to withdraw as counsel to Mr. Paradise. Although Mr. Getsginer has been unable to communicate with Mr. Paradise since May 8, 2014, he waited until hours before the hearing to inform anyone of that fact. The defendants submit that Mr. Getsinger should continue to represent Mr. Paradise at tomorrow's hearing, which has been scheduled since June 26, 2014, and that the Court should defer ruling on his motion to withdraw. Mr. Getsinger filed pleadings in this matter, including an opposition to the defendants' motion to dismiss and an Amended Complaint. It is unfair and prejudicial to the interests of the defendants for a Complaint which accuses a hospital of decades of malpractice to remain on the docket.

Third, the defendants oppose Mr. Paradise's motion for the appointment of a guardian ad litem. This motion misunderstands the structure of the False Claims Act. After the United States reviewed Mr. Paradise's Complaint, it declined to intervene in this case. Assistant U.S. Attorney Jessica Driscoll, however, continues to represent the United States' interests. The parties have served her with a copy of each filing in this case, as the Court required in its order dated July 19, 2013. (See Docket No. 6.) Mr. Paradise cannot cite any reason why the United States would need additional representation. He also fails to identify any provision of the False Claims Act that would entitle the United States to the appointment of a guardian ad litem. Even if Mr. Paradise could identify a legal basis for his motion, which he cannot, his assertion that "he does not have a sufficient understanding of the legal issues" would not satisfy the standard for appointment of a guardian ad litem.

For these reasons, the defendants request that the Court (1) hear their motion to dismiss as scheduled on September 3, 2014, (2) defer ruling on Mr. Getsinger's motion to withdraw until after the hearing, and (3) deny Mr. Paradise's motion for the appointment of a guardian ad litem.

> MASSACHUSETTS GENERAL HOSPITAL,
> MASSACHUSETTS GENERAL HOSPITAL
> PHYSICIANS ORGANIZATION, INC., and
> MGH OPTIMUM CARE COMMITTEE,
>
> By their attorneys,
>
>
> /s/ Brian D. Lipkin
> Alan D. Rose (BBO #427280)
> Brian D. Lipkin (BBO #673850)
> Rose, Chinitz & Rose
> One Beacon Street, 23rd Floor
> Boston, Massachusetts  02108
> (617) 536-0040
> Fax: (617) 536-4400
> adr@rose-law.net
> bdl@rose-law.net

Dated:  September 2, 2014

## CERTIFICATE OF SERVICE

On September 2, 2014, I e-filed this opposition through the CM/ECF system.

/s/ Brian D. Lipkin